# JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| J. GREGORY SHELDON, individually and on behalf of other similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>KANSAS CITY LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 19-0899-CV-W-SRB |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Plaintiff's Motion to Remand (Doc. # 16) is granted. This case is remanded to the Circuit Court of Jackson County, Missouri.

| | |
|---|---|
| January 15, 2020<br>Date | Paige Wymore-Wynn<br>Clerk of Court |
| | /s/ Tracy L. Diefenbach<br>(by) Deputy Clerk |